UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KIMBERLY J. HAYNES, as Executrix of )
the ESTATE OF BLANCHE LORENE )
CHEELEY (Deceased) and JAMES )
EDMOND CHEELEY, )
)
Plaintiff, )
)
v. ) Civil Action No. 5:23-cv-00591-D-KS
)
ROCKY MOUNT CYCLES, INC. f/k/a )
BLACK CAT HARLEY-DAVIDSON, et )
al. )
)
Defendants. )

## ORDER

This matter comes before the Court upon consideration of the Parties' Motion for Clarification (DE-52), wherein the parties seek clarification and amendment as to the expert discovery deadlines set forth in the Scheduling Order entered at D.E. 50. It appearing to the Court that the Motion should be granted for good cause shown,

IT IS HEREBY ORDERED that:

**Reports from retained expert witnesses are due from Plaintiff by July 18, 2025 and from Defendants by September 19, 2025 and from rebuttal experts by October 17, 2025.**

SO ORDERED.

This 18 day of July, 2024.

Honorable James C. Dever, III
United States District Judge